JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY NOLAN, an individual; and FOUR SEASONS PARTNERSHIP, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CALELLO, an individual; BENNETT LIEBOWITZ, an individual; SRI LABEL GROUP INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 21-00981 AB (RAOx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed, with prejudice.

Dated:  August 30, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.